```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    SEP 2 6 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. CR-17-01276-PHX-DLR(BSB) |
| v. | **INDICTMENT** |
| Jesus Ramirez-Felix,<br>a.k.a.: Jesus Zazueta Felix, | VIO: 8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien)<br>Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about April 29, 2016, at or near Phoenix, in the District of Arizona, JESUS RAMIREZ-FELIX, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 1, 2014, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: September 26, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
/S/
JENNIFER LEVINSON
Assistant U.S. Attorney